UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
KOLA SHIPPING LTD.,                                          :
                                                             :
                              Plaintiff,                     :
                                                             :
        -against-                                            :           08 Civ. 8817 (GEL)
                                                             :
SHAKTI BHOG FOODS LTD., SHAKTI BHOG                          :           **ORDER**
SNACKS LIMITED, KUMAR FOOD                                   :
INDUSTRIES LIMITED, CREST BIO-TECH                           :
LIMITED, and DASH EXPORTS PRIVATE                            :
LIMTIED,                                                     :
                                                             :
                              Defendant.                     :
                                                             :
-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/4/09

GERARD E. LYNCH, District Judge:

        On the request of plaintiff in the above-captioned action to provide an additional ten days
in which defendants may respond to plaintiff's motion to confirm arbitration award, the
following briefing schedule is hereby established:

        1.      Defendants shall respond to plaintiff's motion to confirm arbitration award no
later than May 15, 2009.

        2.      Plaintiffs reply, if any, shall be submitted on or before May 22, 2009.


SO ORDERED:

Dated: New York, New York
        May 1, 2009

                                                GERARD E. LYNCH
                                                United States District Judge