UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

KOLA SHIPPING LTD.,

                           Plaintiff,

   -against-

SHAKTI BHOG FOODS LTD., SHAKTI BHOG
SNACKS LIMITED, KUMAR FOOD
INDUSTRIES LIMITED, CREST BIO-TECH
LIMITED, and DASH EXPORTS PRIVATE
LIMTIED,

                           Defendants.

-------------------------------------------------------------x

08 Civ. 8817 (GEL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/09

GERARD E. LYNCH, District Judge:

      Following a status conference held today, it is hereby ordered that plaintiff's time to reply to defendant Shakti Bhog Foods Ltd.'s opposition to plaintiff's motion to confirm the arbitration award and to respond to Shakti Bhog Foods Ltd.'s cross-motion to dismiss the complaint is extended to and including August 21, 2009.

SO ORDERED:

Dated: New York, New York
       August 7, 2009

                                              GERARD E. LYNCH
                                              United States District Judge